IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL WHITEHEAD,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1542

_____/

Opinion filed October 20, 2015.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Michael Whitehead, pro se, Appellant.

Sarah Rumph, General Counsel, and Mark J. Hiers, Assistant General Counsel,
Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.